ELLA SIMPSON AND WILLIAM E. SIMPSON, PLAINTIFFS-PETITIONERS, v. JOHN DUFFY AND AMERICAN STORES COMPANY, DEFENDANTS-RESPONDENTS.

On petition for certification to Superior Court, Appellate Division.

See same case below: 19 *N. J. Super.* 339.

*Mr. Milton T. Lasher* for the petitioners.

*Messrs. Cox & Walburg* and *Mr. Victor C. Hansen* for the respondents.

September 8, 1952. Denied.

GENEVIEVE T. WOODHOUSE, PLAINTIFF-RESPONDENT, v. RICHARD P. WOODHOUSE, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate Division.

See same case below: 18 *N. J. Super.* 227.

*Mr. John J. Connell* for the petitioner.

*Mr. Charles H. Roemer* and *Mr. Manuel Korn* for the respondent.

September 22, 1952. Granted.